UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:13-cr-00233-SEB-TAB |
| | ) | |
| MICHAEL MCCAULEY, | ) | -01 |
| | ) | |
| Defendant. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Mark J. Dinsmore's Report and Recommendation that Michael McCauley's supervised release be revoked, pursuant to Title 18, U.S.C. §3401(i) and Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. §3583, The Court now approves and adopts the Report and Recommendation as the entry of the Court, and orders a sentence imposed of imprisonment of six (6) months in the custody of the Attorney General or his designee, with eighteen (18) months of supervised release to follow. The conditions of supervised release as outlined in the Report and Recommendation shall be imposed, including:

18. You shall reside at a Residential Reentry Center for a period of up to 180 days at the direction of the probation officer.

**SO ORDERED.**

Date:  2/27/2020

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

United States Probation Office

United States Marshal Service